**Opinion issued August 28, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-25-00667-CR**

————————————

**IN RE ROY WAYNE JACKSON, JR., Relator**

———————————————————————————————————————

**Original Proceeding on Petition for Writ of Mandamus**

———————————————————————————————————————

**MEMORANDUM OPINION**

Relator Roy Wayne Jackson, Jr., proceeding pro se, has filed a petition for writ of mandamus against a district court judge in Montgomery County.[1]

This Court's mandamus jurisdiction is governed by Texas Government Code Section 22.221, which expressly limits the mandamus jurisdiction of the courts of

---

[1] The underlying case is *State of Texas v. Roy Wayne Jackson, Jr.*, cause number 24-12-19822, pending in the 284th District Court of Montgomery County, Texas, the Honorable Kristin Bays presiding.

appeals to: (1) issuance of writs of mandamus necessary to enforce our appellate jurisdiction and (2) issuance of writs of mandamus against a district court judge, statutory county judge, statutory probate county judge, county court judge, a judge of a district court acting as a magistrate at a court of inquiry under Chapter 52 of the Code of Criminal Procedure, or an associate judge appointed under Chapter 201 of the Family Code, in the court of appeals district. *See* TEX. GOV'T CODE § 22.221(a)–(c). We lack jurisdiction to issue the requested writ against the respondent, the 284th District Court of Montgomery County, because this Court neither has jurisdiction over the district courts of Montgomery County nor is such a writ necessary to enforce this Court's appellate jurisdiction. *See* TEX. GOV'T CODE § 22.221(a)–(c); *see also* TEX. GOV'T CODE § 22.201(b). The Ninth Court of Appeals in Beaumont has jurisdiction over Montgomery County district courts. *See* TEX. GOV'T CODE §§ 22.201(j), 22.210.

We dismiss the petition for lack of jurisdiction. *See* TEX. GOV'T CODE §§ 22.221(a)–(c), 22.201(b).

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.
Do not publish. *See* TEX. R. APP. P. 47.2(b).